**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-00445-GPG-RTG

GLENWOOD SPRINGS CITIZENS' ALLIANCE,

      Plaintiff,

v.

U.S. DEPARTMENT OF THE INTERIOR, and
U.S. BUREAU OF LAND MANAGEMENT,

      Defendants.

---

**JOINT MOTION FOR AN EXTENSION OF TIME**
**TO BRIEF MOTIONS FOR SUMMARY JUDGMENT**

---

      Defendants the United States Department of the Interior and Bureau of Land Management and Plaintiff Glenwood Springs Citizens' Alliance (collectively, "the Parties") move for an order pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and D.C.COLO.LCivR 6.1 to extend Defendants' time to file a motion for summary judgment by 14 days, to and including October 9, 2024, and amend the corresponding briefing schedule as follows:

| | |
|---|---|
| October 9: | Defendants' summary judgment motion |
| November 1: | Plaintiff's response/cross-motion |
| November 22: | Defendants' response/reply |
| December 18: | Plaintiff's reply |

As explained below, there is good cause for the Court to grant this relief.

**BACKGROUND**

This Freedom of Information Act ("FOIA") lawsuit concerns three different FOIA requests that Plaintiff Glenwood Springs Citizens' Alliance ("GSCA") submitted to the Defendants over the last nearly six years.  ECF No. 13 (Amended Complaint).  The requests seek records related to (among other things) ongoing mining operations, and a proposed expansion of, the Mid-Continent Mine outside Glenwood, Colorado that is operated by Rocky Mountain Industrials.  *See generally id.*  In this suit, GSCA alleges that Defendants failed to comply with FOIA in their responses to all three requests such that GSCA is entitled to declaratory and injunctive relief.  *Id.* ¶¶ 138-155.

After a Scheduling Conference, the Court ordered Defendants to file a motion for summary judgment by September 25, 2024.  ECF No. 19.  In their Scheduling Order, the Parties agreed to the following briefing schedule:

| | |
|---|---|
| September 25: | Defendants' summary judgment motion |
| October 25: | Plaintiff's response/cross-motion |
| November 22: | Defendants' response/reply |
| December 18: | Plaintiff's reply |

*See id.* (Court order stating if "no 56(d) motion is filed, then the briefing schedule on the summary judgment will be as agreed to by the Parties.").

Prior to filing the motion for summary judgment, Defendants intend to re-produce all of the documents at issue in this case with Bates labels and produce any previously withheld documents that undersigned counsel for Defendants determined during the course of preparing the *Vaughn* index should now be released.

**ARGUMENT**

Federal Rule of Civil Procedure 6(b)(1)(A) provides that the Court may extend a deadline for good cause if a motion for an extension is filed before the deadline passes. Good cause exists to modify the briefing schedule here because it will provide the Parties additional time to produce and review any newly released documents and possibly narrow the issues in the case.

Extending the briefing schedule by two weeks will serve judicial economy by ensuring Defendants have sufficient time to produce, and Plaintiff has sufficient time to review, the re-produced documents and possibly negotiate narrowing the remaining issues for summary judgment.  As explained above, Defendants intend to re-produce to Plaintiff all of the documents at issue in this case with Bates labels, along with a *Vaughn* index, prior to filing the motion for summary judgment.  In the course of preparing the production and finalizing the *Vaughn* index, Defendants have decided to produce some documents that were initially withheld.  An additional 14 days will allow Defendants time to finalize and make this production, and will provide Plaintiff an opportunity to review the *Vaughn* index and any documents that were initially withheld.  This process could obviate some potential disputes as to the newly released documents and could narrow the issues related to Defendants' withholdings pursuant to various FOIA exemptions— disputes that would otherwise require briefing and resolution by the Court.  Thus, the additional 14 days will promote the interests of efficiency and judicial economy.

Plaintiff will not be prejudiced by the requested extension.  Indeed, the Parties are filing this motion jointly.  And, as noted, Defendants anticipate releasing previously

withheld documents during the requested extension, and the additional time will provide the parties an opportunity to narrow the issues for summary judgment.

If granted, this motion would not impact any other court deadlines.

Pursuant to D.C.COLO.LCivR 6.1(b), undersigned counsel certifies that the Parties have not requested any other extension of time to brief the motion for summary judgment.

Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel further certify that a copy of this motion will be served on a representative for his or her respective client.

## CONCLUSION

For the reasons set forth above, the Parties respectfully request that the Court issue an order amending the  briefing schedule in this case as follows:

October 9:                   Defendants' summary judgment motion

November 1:               Plaintiff's response/cross-motion

November 22:             Defendants' response/reply

December 18:             Plaintiff's reply

Respectfully submitted on September 10, 2024.

*s/ Roger Flynn*
Roger Flynn (Colo. Bar # 21078)
Jeffrey C. Parsons (Colo. Bar # 30210)
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
roger@wmaplaw.org
jeff@wmaplaw.org

Travis E. Stills (Colorado Bar # 27509)
ENERGY & CONSERVATION LAW
227 E. 14th St., #201
Durango, Colorado 81301
(970) 375-9231
stills@eclawoffice.org

*Counsel for Plaintiff Glenwood Springs Citizens' Alliance*

MATTHEW T. KIRSCH
Acting United States Attorney

*s/ Julia M. Prochazka*
Julia M. Prochazka
Assistant United States Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
(303) 454-0100
Julia.Prochazka@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on September 10, 2024, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following email addresses:

Roger Flynn
roger@wmaplaw.org

Jeffery C. Parsons
jeff@wmaplaw.org

Travis E. Stills
stills@eclawoffice.org

*s/ Julia M. Prochazka*
U.S. Attorney's Office