IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Civil Action No. 24-cv-00445-GPG-RTG

GLENWOOD SPRINGS CITIZENS' ALLIANCE,

    Plaintiff,

v.

U.S. DEPARTMENT OF THE INTERIOR and
U.S. BUREAU OF LAND MANAGEMENT,

    Defendants.

    Defendants.

## FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Orders entered by Judge Gordon P. Gallagher on July 28, 2025 [D. 33], it is

    ORDERED that the Defendants Motion for Summary Judgment [D. 25] is GRANTED. It is

    FURTHER ORDERED that Plaintiffs Motion for Summary Judgment [D. 27] is DENIED AS MOOT. It is

    FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff.

This case is closed.

Dated at Grand Junction, Colorado this 28th day of July 2025.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:   s/D. Clement
         D. Clement
         Deputy Clerk

Case No. 1:24-cv-00445-GPG-RTG   Document 34   filed 07/28/25   USDC Colorado   pg 2 of 2